NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARK A. TROUTT,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2014-7001

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-441, Judge William Greenberg.

---

PER CURIAM

**O R D E R**

Upon review of this recently docketed appeal, it appears that this court may lack jurisdiction over Mark A. Troutt's appeal.

A March 2012 Board of Veterans' Appeals ("Board") decision remanded Troutt's claim of entitlement to a fee-basis outpatient identification card for further development and adjudication.  Troutt subsequently appealed to the United States Court of Appeals for Veterans Claims ("Veterans Court"), which dismissed his appeal because the Board's decision was not final.

On July 15, 2013, the Veterans Court entered its judgment in Troutt's case.  Troutt's notice of appeal was received on September 27, 2013, 74 days after the date of judgment.  To be timely, a notice of appeal must be received by the Court of Appeals for Veterans Claims within 60 days of the entry of judgment.  *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1)  Troutt is directed to show cause, within 30 days of the date of filing of this order why this appeal should not be dismissed.  The Secretary of Veterans Affairs may also respond within that time.

(2)  The briefing schedule is stayed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26